UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH STANLEY YOUNG, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:06-CV-779-SNL |
| | ) |
| MICHAEL BOWERSOX, | ) |
| | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that the instant 28 U.S.C. § 2254 petition for a writ of habeas corpus be **DISMISSED**, without prejudice, because it is time-barred under 28 U.S.C. § 2244(d)(1).

**IT IS FURTHER ORDERED** that petitioner be **DENIED** a certificate of appealability if he appeals this order of dismissal.

Dated this 12th day of June, 2006.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**

PDF created with FinePrint pdfFactory trial version www.pdffactory.com